# 840

## RAGSDALE v. TURNER.

PER CURIAM. 1. Under the pleadings and the evidence, which is conflicting, the jury was authorized to find a verdict for the defendant, as they did; and the court did not err in refusing a new trial.

2. None of the special assignments of error in the amendment to the motion for new trial are urged in the brief of counsel for plaintiff in error, and are treated as abandoned.

3. The trial judge did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 7842. JANUARY 24, 1931.

*J. R. Hutcheson,* for plaintiff.

*Mozley & Gann* and *C. B. McGarity,* for defendant.